**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

                            Case Number: 91-10150
                            Honorable:  Robert H. Cleland
VS.                         Claim Number: 1991A05394

BARBARA A. WILLIAMS
SS# XXX-XX-0788
    Defendant
                                          /

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated:  July 7, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 7, 2008, by electronic and/or ordinary mail.

                                        S/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522